■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK J. HARRIS, Appellant. (Appeal No. 2.) [788 NYS2d 921]— Appeal from a judgment of the Onondaga County Court (Anthony F. Aloi, J.), rendered December 20, 2002. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Same memorandum as in *People v Harris* (15 AD3d 966 [2005]). Present—Green, J.P., Scudder, Gorski, Lawton and Hayes, JJ.